# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRANCISCO MENDOZA and JUANA VALENCIANO,<br><br>Plaintiffs,<br><br>vs.<br><br>DAIRYLAND INSURANCE COMPANY,<br><br>Defendant. | Case Number: 1:18-cv-00362-SWS-MLC<br><br>Interpreter Needed: Yes<br><br>Setting or Resetting: Setting |

**Type of Case:**

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| United States District Court<br>Courtroom TBD<br>333 Lomas Boulevard Northwest<br>Albuquerque, New Mexico 87102<br>(307) 344-2533 | Mark L. Carman, United States Magistrate Judge |
| | Date and Time: |
| | November 14, 2018 at TBD |

**Type of Proceeding:**

Hearing on Defendant's Motion for Sanctions

Note: Judge Carman will be appearing by video. Once finalized, the exact time and location of the hearing will be communicated to the parties.

MITCHELL R. ELFERS
Acting Clerk of Court

Dated this 23rd day of October, 2018.

Erik Adams
Law Clerk

NM35                                                                                                              Rev. 05/31/2018